THE KELLY-SPRINGFIELD TIRE COMPANY v. WINTHROP TIRE & SUPPLY CO., INC., and Others.— Motion for resettlement denied, with ten dollars costs. Applications for incidental orders controlling the conduct of the examination should be made to Special Term, Part II. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CLARE R. DAHN v. ROBERT A. DAHN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM ZIEGLER v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CLEMENTE CONSTRUCTION CORPORATION and Others v. P. T. COX CONTRACTING COMPANY, INC. — Motion for reargument denied; motion for resettlement granted. [See *ante*, p. 605.] Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of RAYMOND M. ARIOLA, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of PHILIP CASSELL, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of MAURICE B. GLADSTONE, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of SAUL SCHWARTZ (Also Known as SAUL A. SCHWARTZ), an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

## (December 11, 1936.)

WILLIAM C. DAMM, Respondent, v. IRVING ZISBLATT, Trading as IRVING ZISBLATT & COMPANY, Appellant, Impleaded with Another.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.; Untermyer and Dore, JJ., dissent and vote to reverse and deny the motion.

FREY & HORGAN CORP., Respondent, v. HOME INSURANCE COMPANY, Appellant.— Judgment unanimously modified by reducing the amount of the judgment as entered to the sum of $12,596.70, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

THOMPSON-STARRETT COMPANY, INC., and Others, Respondents, v. THE FOUNDATION COMPANY and Another, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

NATHAN N. STARK, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.